**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 28, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 0010

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number:

Chavarria Harris
Mary Harris
V.
Ruth Dorochoff,
District Director, U.S.C.I.S

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chavarria Harris and Mary Harris

| | |
|---|---|
| NAME (Type or print) | |
| Fred Amoakohene | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Fred Amoakohene | |
| FIRM | |
| Attorney at law | |
| STREET ADDRESS | |
| 619 S. LaSalle Street, Suite 103 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois, 60605 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| | (312) 427 7280 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

**JUDGE BUCKLO**
**MAGISTRATE JUDGE NOLAN**